IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA



FILED

JUN 04 2021

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Jonathan Joe
117 Wilkes St. Apt #4
Berkeley Springs WV. 25411
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

**Civil No.:** 3:21CV85
*(Leave blank. To be filled in by Court.)*

Chuck Bergen
- Denise Bergen - BB&T. *Employee Anya.
Trintiy Ashburn Church
Berkeley springs WV.
25411 & BB&T Bank. Berkeley springs Branch
*(Full name and address of the defendant(s))*
**Defendant(s)**

\* \* \* \* \* \*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☒ Other (explain) Cyber Crime / Fraud / internet Scam. (CFAA) 18 U.S.C. 1030 subsection 28a & b.

2. The facts of this case are:

The defendants did in fact commit a cyber offense against me by using to connected email address provided in my judicial misconduct complaint. I am seeking damages and criminal charges

3. The relief I want the court to order is:

☒ Damages in the amount of: $1,000,000.00

☐ An injunction ordering: _____

☐ Other (explain) _____

_6-4-2021_
(Date)

_[signature]_
(Signature)

117 Wilkes St Apt 4
Berkeley Spring WV,
25411
(703) 869-8313
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.